# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2976
LT Case No. 16-2021-CF-010901-A

_____

ANDY WILLIAMS,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____

3.850 Appeal from the Circuit Court for Duval County.
Mark Borello, Judge.

Andy Williams, Milton, pro se.

No Appearance for Appellee.

November 20, 2025

PER CURIAM.

   AFFIRMED.

LAMBERT, EDWARDS, and EISNAUGLE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____